IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN JONES,

    Plaintiff,                    No. CIV S-07-1937 MCE JFM P

    vs.

SOLANO COUNTY SHERIFF,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 11, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 19, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: October 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
jone1937.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26