IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN JONES,

      Plaintiff,                     No. CIV S-07-1937 MCE JFM P

     vs.

SOLANO COUNTY SHERIFF, et al.,

      Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the January 25, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's February 7, 2008 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file objections to the January 25, 2008 findings and recommendations.

DATED: February 13, 2008.

                     UNITED STATES MAGISTRATE JUDGE

/mp/001
jone1937.36